PER CURIAM.

(No. 7041

SITE OIL COMPANY, Claimant, *vs.* STATE OF ILLINOIS; DEPARTMENT OF PUBLIC HEALTH, Respondent.

*Opinion filed February 9, 1973.*

SITE OIL COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.